THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* CHARLES COLLINS *et al.,* Defendants-Appellants.

(No. 57590; )

First District (3rd Division)—November 21, 1973.

PER CURIAM.
MEJDA, J., took no part.

Kenneth L. Gillis, Deputy Defender, of Chicago (James R. Streicker, Assistant Appellate Defender, and David A. Novoselsky, of counsel), for appellants.

Bernard Carey, State's Attorney, of Chicago (James S. Veldman and Thomas G. White, Assistant State's Attorneys, of counsel), for the People.